UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>                                    Plaintiff,<br><br>v.<br><br>J. HERNANDEZ, et al.,<br><br>                                    Defendant. | Case No.:  18cv259-CAB-MDD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION [Doc. No. 32] AND GRANTING MOTION TO DISMISS [Doc. No. 28]** |

Plaintiff Allen Hammler ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis,* filed his complaint on February 2, 2018, pursuant to 42 U.S.C. §1983, claiming that two individuals retaliated against him in violation of the First Amendment and failed to protect him in violation of the Eighth Amendment.  [Doc. No. 1 at 3-25.] On August 9, 2018, Defendants moved to dismiss the failure to protect claim and all claims against both defendants in their official capacities.  [Doc. No. 15-1 at 5-7.]   On December 11, 2018, Magistrate Judge Mitchell D. Dembin issued a Report and Recommendation ("Report") to grant (in part) the motion to dismiss.  [Doc. No. 21.]  On January 9, 2019, this Court issued an order adopting the Report and granting in part the motion to dismiss.  [Doc. No. 24.]

On February 7, 2017, Plaintiff filed the First Amended Complaint ("FAC").  [Doc. No. 25.]  On March 8, 2019, Defendants filed a motion to dismiss Plaintiff's failure to

protect claim in the FAC. [Doc. No. 28.] On June 3, 2019, Magistrate Judge Dembin issued a Report and Recommendation to grant the motion to dismiss ("Report re FAC"). [Doc. No. 32.] The Report re FAC also ordered that any objection to the Report re FAC be filed by June 24, 2019. [Report re FAC at 12.] To date, no objection has been filed, nor have there been any requests for an extension of time in which to file an objection.

A district court's duties concerning a magistrate judge's report and recommendation and a respondent's objections thereto are set forth in Rule 72(b) of the Federal rules of Civil Procedure and 28 U.S.C. § 636(b)(1). When no objections are filed, the district court is not required to review the magistrate judge's report and recommendation. The Court reviews *de novo* those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*. However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir.2003) (en banc) (emphasis in original). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Id*. In the absence of timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note (citing *Campbel v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974)).

Here, neither party has timely filed objections to the Report re FAC. Having reviewed it, the Court finds that it is thorough, well-reasoned, and contains no clear error. Accordingly, the Court hereby (1) **ADOPTS** Magistrate Judge Dembin's Report and Recommendation [Doc. No. 32]; and (2) **GRANTS** the motion to dismiss the failure to protect claim in the FAC [Doc. No. 28]. As a result, Plaintiff's only remaining claim is

/ / / / /

the First Amendment Retaliation claim against both Defendants.  Defendants shall **answer** the FAC, as amended by this order, by **July 26, 2019**.

      **IT IS SO ORDERED**.

Dated:  July 5, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge

18cv259-CAB-MDD